UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20760-Civ-COOKE/TURNOFF

JANE DOES 1 through 7,
on their own behalf and
on behalf of others similarly situated,

    Plaintiffs,

vs.

UKW HOLDING COMPANY, *et al.*,

    Defendant.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE AND
REQUIRING PARTIES TO SUBMIT SETTLEMENT AGREEMENT**

THIS CASE is before me upon Plaintiff's Notice of Settlement via telephone. The parties have fully settled this matter. Because this is an action for recovery of wages brought pursuant to the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA"), I must scrutinize the parties' settlement agreement for fairness. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982).

It is therefore **ORDERED and ADJUDGED** that:

1. Within twenty-one days from the date of this Order, the parties shall file a Joint Motion for Approval of Settlement Agreement submitting a copy of the complete, executed settlement agreement to the Court for review. The parties must provide documentation setting forth the basis for the fees, costs, and judgment calculations.

2. In the interim, the Clerk shall **CLOSE** this case for *administrative purposes only*. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, on this 31st day of July 2013.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*