IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 13-20760 CIV-COOKE/TURNOFF

JANE DOES 1-7, each individually and on behalf of all other individuals similarly situated,

    Plaintiffs,

v.

UKW HOLDING COMPANY, UPPER EAST SIDE WAXING, LLC, UKW FRANCHISING COMPANY, WAX MANUFACTURING, LLC, UKW DISTRIBUTION CENTER, LLC, ROMA WAXING, INC., NORTH MIAMI WAXING, INC., CS WAXING, INC., UKW OPERATING COMPANY, LLC, BOWERY WAXING, LLC, NOEMI GRUPENMAGER, OZZIE GRUPENMAGER, and EDITH HOFFMAN,

    Defendants
_____/

## NOTICE OF FILING EXECUTED SIGNATURE PAGES

Defendants, UKW Holding Company, Upper East Side Waxing, LLC, UKW Franchising Company, Wax Manufacturing, LLC, UKW Distribution Center, LLC, Roma Waxing, Inc., North Miami Waxing, Inc., CS Waxing, Inc., UKW Operating Company, LLC, Bowery Waxing, LLC, Noemi Grupenmager, Ozzie Grupenmager, and Edith Hoffman, through counsel, hereby give notice of filing the attached signature pages in support of the Joint Motion to Approve Settlement, which was submitted to the court under seal.

Case No.: 13-20760 CIV-COOKE/TURNOFF

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on September 13, 2013, a true and correct copy of the foregoing was served via e-mail to the parties listed below:

Walker Jr. Harman
**The Harman Firm, P.C.**
200 West 57th Street, Suite 900
New York, NY 10019
Telephone: (212) 425-2600
Fax: (212) 202-3926
Email: wharman@theharmanfirm.com
Pro Hac Vice Admission
*Counsel for Plaintiffs*

Alain E. Boileau
**Alain E. Boileau, P.A.**
101 NE Third Avenue, Suite 1500
Fort Lauderdale, FL 33301
Telephone: (954) 332-3623
Email: aeb@aeblaw.com
*Local Counsel for Plaintiffs*

Respectfully submitted,
/s/ Alaina B. Siminovsky
Robert M. Einhorn
Florida Bar No.: 858188
Alaina B. Siminovsky
Florida Bar No.: 70644
ZARCO EINHORN SALKOWSKI & BRITO, P.A.
Miami Tower
100 S.E. Second Street, Suite 2700
Miami, Florida  33131
Telephone:  (305) 3745418
Facsimile:  (305) 374-5428
E-Mail: reinhorn@zarcolaw.com
E-Mail: asiminovsky@zarcolaw.com

UKW Parties:

_____
Noemi Grupenmager

_____
Shashanna Burnett

_____
UKW Holding Company
By: Noemi Grupenmager, President

_____
UKW Franchising Company
By: Noemi Grupenmager, CEO

_____
UKW Distribution Center LLC
By: Noemi Grupenmager, Managing Member

_____
North Miami Waxing, LLC
By: Noemi Grupenmager, President

_____
UKW Operating Company, LLC
By: Noemi Grupenmager, Managing Member

_____
Stema, Inc.
By: Katheryn Lebretan

Catherine Lebreton

_____
Ozzie Grupenmager

_____
Edith Huffman

_____
Upper East Side Waxing LLC
By: Noemi Grupenmager, Managing Member

_____
Wax Manufacturing LLC
By: Noemi Grupenmager, Managing Member

_____
Roma Waxing, LLC
By: Noemi Grupenmager, President

_____
CS Waxing LLC
By: Noemi Grupenmager, President

_____
NYC Waxing LLC,
By: Noemi Grupenmager, Managing Member

Supplemental signature page to Confidential Settlement Agreement dated July 23, 2013

_____
Bowery Waxing, LLC
By: Noemi Grupenmager, Managing Member

UKW Parties:

_____
Noemi Grupenmager

*[signature: Shashanna Burnett]*
Shashanna Burnett

_____
*[signature]*
Ozzie Grupenmager

_____
Edith Huffman

_____
UKW Holding Company
By: Noemi Grupenmager, President

_____
Upper East Side Waxing LLC
By: Noemi Grupenmager, Managing Member

_____
UKW Franchising Company
By: Noemi Grupenmager, CEO

_____
Wax Manufacturing LLC
By: Noemi Grupenmager, Managing Member

_____
UKW Distribution Center LLC
By: Noemi Grupenmager, Managing Member

_____
Roma Waxing, LLC
By: Noemi Grupenmager, President

_____
North Miami Waxing, LLC
By: Noemi Grupenmager, President

_____
CS Waxing LLC
By: Noemi Grupenmager, President

_____
UKW Operating Company, LLC
By: Noemi Grupenmager, Managing Member

_____
NYC Waxing LLC,
By: Noemi Grupenmager, Managing Member

_____
Sterna, Inc.
By: Katheryn Lebretan

6