UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20760-CIV-COOKE/TURNOFF

JANE DOES 1-7, each individually
and on behalf of all other individuals
similarly situated,

       Plaintiffs,

UKW HOLDING COMPANY, et al.,

       Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING EXECUTION OF SETTLEMENT AGREEMENT BY PLAINTIFF ALCENIA SMITH**

Plaintiffs, JANE DOES 1-7, by and through their undersigned counsel, herein provides notice of filing the attached execution of the Parties' Settlement Agreement by Plaintiff, ALCENIA SMITH, in support of the Parties' Joint Motion for Approval of Settlement Agreement, filed under seal.

Dated: October 18, 2013

       Respectfully submitted,

       By:    s/Alain E. Boileau
           ALAIN E. BOILEAU (0148598)
           aeb@aeblaw.com
           ALAIN E. BOILEAU, P.A.
           101 NE Third Avenue, Suite 1500
           Fort Lauderdale, Florida 33301
           Telephone: (954) 332-3604
           Direct: (954) 332-3623
           Co-Counsel for Plaintiffs

        WALKER G. HARMAN, JR.
Admitted *Pro Hac Vice*
wharman@theharmanfirm.com
THE HARMAN FIRM, P.C.
200 West 57th Street, Suite 900
New York, NY 10019
Telephone: (212) 425-2600
Facsimile: (212) 202-3926
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF on the 18th day of October, 2013, on all counsel or parties of record on the Service List below.

        s/Alain E. Boileau
        ALAIN E. BOILEAU

-3-

**JANE DOES 1 THROUGH 7 v. UKW HOLDING COMPANY, et al.**
**Case No. 13-20760-CIV-COOKE/TURNOFF**

**Service List**

**Robert M. Einhorn, Esquire**
reinhorn@zarcolaw.com
**Alaina B. Siminovsky, Esquire**
asiminovsky@zarcolaw.com
ZARCO EINHORN, SALKOWSKI
& BRITO, P.A.
Miami Tower
100 S.E. Second Street, Suite 2700
Miami, Florida 33131
Telephone: (305) 374-5418
Facsimile: (305) 374-5428
**Counsel for Defendants**