IN WITNESS WHEREOF AND INTENDING TO BE BOUND, the parties hereby execute this Agreement through their duly authorized representatives.

Plaintiffs:

_____
Lydia Brown

_____
Katrina Padmore

_____
Alcenia Smith

_____
Ismaray Vega Alvarez

_____
Lina Cortes

_____
Miryam Guette

_____
Zoilin Mederos

_____
Erika Pedraza

_____
Marra Portesi

_____
Maria de los Angeles Posada

_____
Maria Alejandra Duboise

_____
Irasay Palacios